In the Matter of the Estate of FRANK M. GOULD, Deceased. HELEN D. GOULD, Appellant; PAUL J. LONGUA et al., as Executors and Trustees under the Will of FRANK M. GOULD, Deceased, et al., Respondents. (Appeals Nos. 1, 2 and 3.)

Submitted March 1, 1948; decided March 2, 1948.

*Daniel E. Woodhull* for motions.

*James N. Vaughan* opposed.

Motions denied, with $10 costs.